Dismissed and Memorandum Opinion filed March 8, 2007








Dismissed
and Memorandum Opinion filed March 8, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01109-CV

____________

 

WILLIAMSON FAMILY,
Appellant

 

V.

 

ESTATE OF ERMA V. REYNOLDS, Appellee

 



 

On Appeal from the 61st District
Court

Harris County, Texas

Trial Court Cause No.
2006-62591

 



 

M E M O R
A N D U M  O P I N I O N

This
appeal is from a judgment signed December 1, 2006.  No clerk=s record has been filed.  The clerk
responsible for preparing the record in this appeal informed the court
appellant did not make arrangements to pay for the record.  

On
February 12, 2007, notification was transmitted to all parties of the Court's
intent to dismiss the appeal for want of prosecution unless, within fifteen
days, appellant paid or made arrangements to pay for the record and provided
this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant
filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed March
8, 2007.

Panel consists of Justices Yates, Anderson, and
Hudson.